# EXHIBIT 23

# OTTENJOHNSON
## ROBINSON NEFF + RAGONETTI pc

March 8, 2018

DAVID P. HUTCHINSON
303 575 7547
DHUTCHINSON@OTTENJOHNSON.COM

**VIA FEDEX
AND EMAIL (TKRETZSCHMAR@SWINTERTON.COM)**

Swinerton Builders
Attention: Tim Kretzschmar
6890 West 52nd Ave., Suite 100
Arvada, CO 80002

Re:   Country Club Towers – Demand to Remove and Replace Roofs

Dear Mr. Kretzschmar:

As you know from my correspondence last month, I represent AnaCondo, LLC, hereinafter referred to as "Owner," concerning matters arising under the construction contract between Owner and Swinerton Builders for the Country Club Towers apartment project in Denver, Colorado (the "Project"). The contract between Owner and Swinerton Builders is evidenced by, among other documents, an AIA Document A133-2009, *Standard Form of Agreement Between Owner and Construction Manager as Constructor* (the "Base Contract"), and an AIA Document A201-2007, *General Conditions of the Contract for Construction* (the "General Conditions").

I am writing in further reference to roofing damage at the Project, which was among several instances of defective work not remedied identified in my letter dated February 23, 2018.

As you are aware, the roofing manufacturer, Firestone Building Products, completed an inspection of all roofs installed at the Project on November 2, 2017. Firestone issued an inspection report detailing numerous problems with the installed conditions. The inspection report concluded as follows:

> It is obvious completed roof areas were not protected during construction. It appears completed roof areas were used for staging and it is evident there was high foot traffic. Therefore, damage may not be detectable with typical visual inspection & in order to provide the requested 20-year warranty a full removal and replacement will be required.

Subsequent to the Firestone inspection, TechniScan Consultants, LLC, performed a moisture survey on sections of flat roofs, and issued a report on January 24, 2018, identifying multiple areas where moisture has penetrated roofing materials. The Owner strongly suspects that the damage noted in the Firestone inspection report has led directly to the moisture concentrations noted in the TechniScan survey. The Owner is further concerned that rainfall this spring and summer could cause damage to building elements beneath the damaged roofing materials.

Swinerton Builders
March 8, 2018
Page 2

The condition of the roofs fails to meet the requirements of the contract documents for the Project. Accordingly, pursuant to Sections 12.2.1 and 12.2.2 of the General Conditions, the Owner hereby demands that you proceed immediately with full removal and replacement of all impacted roofs at the Project.

The Owner continues to reserve all claims, rights and remedies under the Base Contract, the General Conditions, and otherwise concerning the Project.

Sincerely,

David P. Hutchinson
for the Firm

DPH/wjp

cc: Walter Armer (warmer@broe.com)
Andy Poremba (aporemba@broe.com)
Doug Wells (dwells@broe.com)

1611756.1